AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 5:25-mj-71207 MAG |
| KERWIN ALDRIC JORDAN ) | |
| ) | Charging District: Central District of California |
| *Defendant* ) | Charging District's Case No. 2:25-cr-00801 SVW |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Edward R. Roybal Federal Building<br>255 E. Temple Street<br>Los Angeles, CA 90012 | Courtroom No.: Duty Courtroom—Room 640 |
|---|---|
| | Date and Time: 10/21/2025 1:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 10/07/2025

_____
*Judge's signature*

Nathanael M. Cousins, United States
*Printed name and title*